| FORM 8. Entry of Appearance | Form 8 Rev. 03/16 |

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ThyssenKrupp Steel  v.  United States

No. 17-1407

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: United States
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☐ Appellant    ☒ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Beth C. Brotman |
| Law Firm: | Office of Assistant Chief Counsel, (ITL), U.S. Customs &Border Protection |
| Address: | 26 Federal Plaza, Rm. 258 |
| City, State and Zip: | New York, NY 10278 |
| Telephone: | (212)264-9271, ext. 109 |
| Fax #: | (212) 264-1326 |
| E-mail address: | Beth.C.Brotman@cbp.dhs.gov |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  January 6, 2017           Signature of pro se or counsel  *Beth C. Brotman*

cc: _____

Reset Fields

## **CERTIFICATE OF SERVICE**

Justin R. Miller hereby certifies under penalty of perjury that on this 6th day of January, 2017, a copy of the foregoing Entry of Appearance for Defendant-Appellant, United States, was filed electronically.

This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ Justin R. Miller